IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DOUGLAS C. BOES, individually and on
Behalf of other similarly situation employees,　:　CIVIL ACTION
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　v.　　　　　　　　　　　　:　NO.  19-505
　　　　　　　　　　　　　　　　　　　　:
APPLIED ANALYSIS CORPORATION　　　:


## <u>ORDER</u>

**AND NOW**, this   30th   day of March, 2020, upon review of Plaintiff's Motion for
Conditional Certification (Docket No. 11), and all responses and replies, and after oral argument
being held, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.


　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　**<u>/s/ Jeffrey L. Schmehl</u>**
　　　　　　　　　　　　　Jeffrey L. Schmehl, J.